**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Julio CORTES, Defendant–Appellant.**

No. 08–10507.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 14, 2009.*

Filed Oct. 5, 2009.

Nancy J. Koppe, Esquire, Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

Thomas Charles Naylor, Sr., Attorney General, Law Offices of Thomas C. Naylor, A Professional Corporation, Henderson, NV, for Defendant–Appellant.

Before: SILVERMAN, RAWLINSON, and CLIFTON, Circuit Judges.

MEMORANDUM **

Julio Cortes appeals from the 120–month sentence imposed following his guilty-plea conviction for receipt of child pornography, in violation of 18 U.S.C. § 2252A(a)(2). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Cortes contends that the district court erred by failing to grant his request for a sentence below the Guidelines range. We review for reasonableness. *See United States v. Mohamed,* 459 F.3d 979, 986–88 (9th Cir.2006). The record reflects that the district court thoroughly considered the § 3553(a) factors, including Cortes' arguments in mitigation, prior to imposing a sentence in the middle of the Guidelines range. The district court did not proce-

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

durally err, and the sentence is substantively reasonable. *See Gall v. United States,* 552 U.S. 38, 128 S.Ct. 586, 596–97, 169 L.Ed.2d 445 (2007); *see also United States v. Carty,* 520 F.3d 984, 991–93 (9th Cir.2008) (en banc).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.